**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 3 WAL 2021

Respondent   :

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

v.   :

DAVID ROBERT KENNEDY,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the Petition for Allowance of Appeal and the three ancillary filings are **DENIED**.